Steven Sklaver
State Bar No: 237612
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: ssklaver@SusmanGodfrey.com

Kenneth S. Marks
Jonathan R. Ross
Johnny W. Carter
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
       jcarter@susmangodfrey.com
       jross@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY LLP
1201 Third Avenue
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
       rblack@susmangodfrey.com
       jconnors@susmangodfrey.com

**RECEIVED**

NOV 1 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICOLOR SA (f/k/a THOMSON SA), TECHNICOLOR USA, INC. (f/k/a THOMSON CONSUMER ELECTRONICS, INC.), VIDEOCON INDUSTRIES, LTD., TECHNOLOGIES DISPLAYS AMERICAS LLC (f/k/a THOMSON DISPLAYS AMERICAS LLC), MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC.; and MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.,<br><br>Defendants. | Case No. CV 13 5261<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL<br><br>JURY TRIAL DEMANDED |

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO FILE PORTIONS OF COMPLAINT
UNDER SEAL
Page 1
2938888v1/012325

Having considered the administrative motion for an order permitting Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Plaintiff") to file under seal portions of his Complaint, pursuant to Civil Local Rules 7-11 and 79-5(e), and good cause appearing, the application is hereby GRANTED.

IT IS HEREBY ORDERED THAT that the redacted portions of Plaintiff's Complaint in this case shall be accepted for filing under seal and shall remain under seal, pending further order of this Court. The Clerk of the Court is directed to accept Plaintiff's Complaint for filing under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties and their counsel shall not publicly disseminate or discuss any of the sealed portions of the Complaint or their contents absent further order of the Court.

Dated: ~~November 8,~~ 2013

    December 11

_____
The Honorable Samuel Conti
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO FILE PORTIONS OF COMPLAINT
UNDER SEAL
Page 2
2938888v1/012325